UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: _____

EXIM BRICKELL, LLC, a Florida
limited liability company,

Plaintiff,

vs.

PDVSA SERVICES, INC., a Delaware
corporation, and BARIVEN, S.A.,
a Venezuelan business entity,

Defendants.

_____/

# 09-20915

## CIV-ALTONAGA MAGISTRATE JUDGE BROWN

FILED by _____ D.C.

APR - 7 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## COMPLAINT

Plaintiff, Exim Brickell, LLC ("Exim Brickell"), hereby sues Defendants, PDVSA

Services, Inc. ("PDVSA Services") and Bariven, S.A. ("Bariven") (collectively, the

"Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

1.     Exim Brickell is a limited liability company organized and existing under the laws

of the State of Florida and maintains its principal place of business at 13728 SW 84th Street,

Miami, Florida 33183. Exim Brickell's sole member, Rogelio Salges, is domiciled and residing

in Miami, Florida.

2.     PDVSA Services is a corporation organized and existing under the laws of the

State of Delaware and maintains its principal place of business at 1293 Eldridge Parkway,

Houston, Texas 77077.

3.     Bariven is an agency or instrumentality of a foreign state as defined in 28 U.S.C.

§ 1603(b). Specifically, Bariven was and is a separate legal person in the form of a corporation

("sociedad anonima") organized and existing by virtue of the laws of the Bolivarian Republic of Venezuela, and functions as an organ of the Venezuelan Government and/or a majority of its ownership interest is owned by the Government of Venezuela or a political subdivision thereof, and maintains its principal place of business at Avenida La Guairita, Centro Profesional Eurobuilding, Piso 10, Presidencia, Urb. Chuao, Caracas, Venezuela. Bariven is not a citizen of any State of the United States, nor is it created under the laws of any third country, but transacts substantial and not isolated business in the United States by contracting with parties in the United States, including the State of Florida, through its general agent, PDVSA Services.

4.      This Court has jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Exim Brickell, PDVSA Services and Bariven, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5.      Additionally, the Court has original subject matter jurisdiction under 28 U.S.C. § 1330 because this action involves a dispute against Bariven, an agency or instrumentality of a foreign state as defined in 28 U.S.C. § 1603(b), which under 28 U.S.C. § 1605(a)(2) is not immune from the jurisdiction of the courts of the United States, or of the States as this action is based upon a commercial activity carried on in the United States or upon an act performed in the United States in connection with a commercial activity outside of the United States, or upon an act outside the United States that was taken in connection with a commercial activity outside of the United States that caused a direct effect in the United States.

6.      This Court has personal jurisdiction over Defendants pursuant to §§ 48.193(1)(a), (1)(g), and (2), Fla. Stat. (2008). In particular, Exim Brickell's claims arise from: (1) Defendants operating, conducting, engaging in, or carrying on a business or business venture in Florida; (2) Defendants breaching a contract in Florida by failing to perform acts required by the contract in Florida, and (3) Defendants engaging in substantial and not isolated activities in Florida. In

addition, this Court has personal jurisdiction over Bariven pursuant to 27 U.S.C. § 1330(b). Defendants have established sufficient minimum contacts with the State of Florida such that subjecting them to jurisdiction in Florida comports with constitutional due process requirements. Defendants voluntarily entered into various contracts requiring performance in Florida. Accordingly, it was foreseeable that they could reasonably anticipate being haled into court in Florida.

7.      Defendants have already submitted themselves to the jurisdiction of this Court by admitting in the matter styled Validsa, Inc. d/b/a Dexton Validsa and Dexton, S.A. v. PDVSA Services, Inc. and Bariven, S.A., Case No.: 08-CV-21682-JLK, that they have done substantial and not isolated activity in Florida and that this Court has personal jurisdiction over them.

8.      Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. §§ 1391(b), (c), (f)(1) and (f)(3).

## FACTS COMMON TO ALL CLAIMS

### The Parties

9.      Exim Brickell is an international trader that buys and sells commodities, including food products such as powdered milk.

10.     Bariven is a wholly–owned subsidiary of Petroleos de Venezuela, S.A., the state-owned oil company of Venezuela, and is the commercial procuring arm of the Venezuelan government and of Petroleos de Venezuela, S.A. Bariven is primarily responsible for procuring materials and equipment outside of Venezuela, including the United States, needed to support the exploration, production and refining activities of Petroleos de Venezuela, S.A. in Venezuela.

11.     In 2007, Bariven also began purchasing food commodities in the international markets for consumption in Venezuela. Bariven has a long history of doing substantial business in the United States, where its annual purchases are in the hundreds of millions of U.S. dollars.

3

12.     PDVSA Services is the international purchasing agent for Bariven and is owned and controlled by Bariven.

13.     In the last quarter of 2007, Petroleos de Venezuela, S.A. directed Bariven to purchase food commodities on the international market to address a food shortage crisis in Venezuela.  Bariven carried out that objective through PDVSA Services, Bariven's international purchasing agent.  Bariven thus began purchasing food commodities from private parties in the State of Florida and elsewhere through its acknowledged agent, PDVSA Services.

The Agreement

14.     On or about March 26, 2008, Defendants placed a purchase order (the "Agreement") with Exim Brickell in Miami, Florida for 26,000 metric tons of Chinese powdered milk, at a unit price of $4,785 per metric ton, for a total value of $124,410,000.  A copy of the Agreement is attached hereto as Exhibit A.

15.     The Agreement provided for "CFR" delivery of the cargo to "Puerto Cabello/La Guaira, Venezuela[,]" and for "immediate[] Due net" payment to be made to Exim Brickell in Miami.  Thus, Defendants were required under the Agreement to remit "immediate" payment to Exim Brickell upon delivering any shipments to "Puerto Cabello/La Guaira, Venezuela[.]"

16.     In order to secure payment to Exim Brickell under the Agreement, Bariven caused Petroleos de Venezuela, S.A.'s affiliate in Curacao, Refineria Isla Curazao, B.V. ("Isla"), to issue an irrevocable letter of credit with Girobank N.V. ("Girobank") in Curacao in favor of Exim Brickell.  A copy of the irrevocable letter of credit is attached hereto as Exhibit B.

The Parties' Dealings

17.     Pursuant to the Agreement, from July 2008 through December 2008, Exim Brickell made seventeen (17) separate shipments of powdered milk to Puerto Cabello, La Guaira, Venezuela, totaling 9,780 metric tons, for a total value of $46,797,300.  Exim Brickell had these

shipments inspected in China by the same highly-regarded, international inspection company that Defendants themselves use to inspect products worldwide.   The Defendants paid for all seventeen (17) shipments without objection.

18.     Between December 2008 and January 2009, Exim Brickell made an additional six (6) shipments of powdered milk to Puerto Cabello, La Guaira, Venezuela, totaling 3,000 metric tons, for a total value of $14,355,000.   Prior to shipment, Exim Brickell had these products inspected in the same manner and by the same inspection company that conducted the inspections of the seventeen (17) previous shipments.   Notwithstanding that Defendants had accepted this course of performance, they now refuse to pay Exim Brickell for these last six (6) shipments, claiming that Exim Brickell failed to obtain Defendants' approval of the inspection before shipping the products.

19.     Adding insult to injury, the Defendants have falsely accused Exim Brickell with Girobank of having submitted false and/or nonconforming documentation so as to prevent Exim Brickell from drawing on the letter of credit.

20.     The Defendants have also ignored Exim Brickell's repeated demands to undertake their own inspection of the 13,220 metric tons of powdered milk, with a total value of $63,257,700, that remain to be shipped under the Agreement, indicating that they will not honor their contractual obligations to purchase these remaining 13,220 metric tons of powdered milk.

## COUNT I
### (Breach of Contract)

21.     Exim Brickell realleges paragraphs 1 through 20 as if fully set forth herein.

22.     Exim Brickell has fully complied with its contractual obligations under the Agreement.

23.     Defendants have breached the Agreement by failing to pay Exim Brickell for the 3,000 metric tons of powdered milk that Exim Brickell shipped to Defendants, and by preventing Exim Brickell, through false accusations made by Defendants to Girobank, from drawing on the irrevocable letter of credit that was intended to secure payment to Exim Brickell of the amounts owed.

24.     Defendants have also anticipatorily breached the Agreement by refusing to undertake their own inspection of the remaining 13,220 metric tons of powdered milk remaining to be shipped under the Agreement, and by refusing to proceed with the purchase of said remaining amounts of powdered milk.

25.     As a direct, foreseeable, and proximate result of Defendants' breaches of the Agreement, Exim Brickell has suffered damages in the amount of $77,612,700, excluding interest, and costs.

WHEREFORE, Exim Brickell demands judgment against the Defendants in the amount of its damages, together with pre and post-judgment interest, costs, and any other and further relief this court deems equitable, just and proper.

## COUNT II
### (Goods Sold and Delivered)

26.     Exim Brickell realleges paragraphs 1 through 20 as if fully set forth herein.

27.     Defendants owe Exim Brickell $14,355,000 that is due with interest for 3,000 metric tons of powdered milk, at a price of $4,785 per metric ton, sold and delivered by Exim Brickell to Defendants between December 2008 and January 2009.

WHEREFORE, Exim Brickell demands judgment against the Defendants in the amount of its damages, together with pre and post-judgment interest, costs, and any other and further relief this court deems equitable, just and proper.

## COUNT III
### (Open Account)

28.     Exim Brickell realleges paragraphs 1 through 20 as if fully set forth herein.

29.     Defendants owe Exim Brickell $14,355,000 that is due with interest according to the account attached as Composite Exhibit C.

WHEREFORE, Exim Brickell demands judgment against the Defendants in the amount of its damages, together with pre and post-judgment interest, costs, and any other and further relief this court deems equitable, just and proper.

## COUNT IV
### (Account Stated)

30.     Exim Brickell realleges paragraphs 1 through 20 as if fully set forth herein.

31.     Before the institution of this action, Exim Brickell and Defendants had business transactions between them and on May 26, 2008, they agreed to the resulting balance.

32.     Exim Brickell rendered statements of it to Defendants, copies of which are attached as Exhibit C, and Defendants did not object to the statements.

33.     Defendants owe Exim Brickell $14,355,000 that is due with interest on the account.

WHEREFORE, Exim Brickell demands judgment against the Defendants in the amount of its damages, together with pre and post-judgment interest, costs, and any other and further relief this court deems equitable, just and proper.

## COUNT V
### (Unjust Enrichment)

34.     Exim Brickell realleges paragraphs 1 through 20 as if fully set forth herein.

35.     Exim Brickell has conferred a benefit upon the Defendants by shipping 3,000 tons of powdered milk, for which the Defendants have not paid.

36.     The Defendants have knowingly accepted and retained the benefit conferred upon them by Exim Brickell.

37.     Under the circumstances of this case, it would be inequitable for the Defendants to retain the benefit conferred upon them by Exim Brickell without paying Exim Brickell the $14,355,000 they owe for the 3,000 tons of powdered milk they received.

WHEREFORE, Exim Brickell demands judgment against the Defendants in the amount of its damages, together with pre and post-judgment interest, costs, and any other and further relief this court deems equitable, just and proper.

Dated this _____ day of April, 2009.

Respectfully submitted,

BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile:  (305) 789-8953

By: _____
    Donald J. Hayden
    Florida Bar No. 0097136
    Jose M. Ferrer
    Florida Bar No. 173746

MIADMS/346503.2

BARIVEN, S.A.
c/o PDVSA Services, Inc.                    Purchase order
Purchasing Agent (BU00)
1293 Eldridge Parkway                          5100062310
Houston, Texas 77077
United States of America

                                    DATE                :March,26 2008
SUPPLIER:                           CONTACT PERSON       :Jose Camacho
EXIM BRICKELL, LLC                  TELEPHONE USA        :(281)5886478
13728 SW 84th  ST                   E-MAIL ADDRESS:2815827511
FLORIDA
USA
POSTAL CODE: 33183 PO BOX: R01
SALESPERSON / PHONE: Dialis Guevara/ RogelioYOUR REF.  6500043206
Salges/ 305-387-0454
FAX: 7139524581

PDVSA SUPPLIER CODE: 350013837


INSTRUCTIONS FOR SUPPLIERS :        DELIVERY DATE : December,15 2008
FOR SHIPPING INSTRUCTIONS CALL:

CFR -PUERTO CABELLO/LA GUAIRA, VENEZUELA
VENEZUELA



INSTRUCTIONS FOR FREIGHT FORWARDER:
PLEASE CONTACT SUPPLIER FOR INLAND SHIPPING DETAILS

TERMS OF DELIVERY : CFR PUERTO CABELLO/LA GUAIRA, VE
PAYMENT  TERMS.   : Payable immediately Due net          CURRENCY : USD

P.O. General Comments
PURPOSE OF CHANGE
==================
CHANGE ORDER NO. 03 IS ISSUED ON 26MAR08 BY JOSE CAMACHO
TO REPLACE THE P.O. 5100061258/XG6400004605 AND CREATED A NEW P.O. IN SA
PROCESS THIS PURCHASE ORDER AS SAP SYSTEM REQUIRE, IN THIS MANNER WE SOL
TECHNICAL PROBLEM WITH THE ORIGINAL PURCHASE ORDER FOR THIS SUPPLIER.

PO VALUE DOES NOT CHANGE


PURPOSE OF CHANGE
==================
CHANGE ORDER NO. 01 IS ISSUED ON 12MAR08 BY JOSE CAMACHO
.* TO MODIFY THE DELIVERY TERMS FROM CFR - PUERTO CABELLO TO CFR - PUERT
LA GUAIRA PORT AT VENEZUELA.
.* TO MODIFY THE SHIPPING INSTRUCTIONS NOTE FOR THE SUPPLIER.



P.O. VALUE DOES NOT CHANGE

**********************************

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 2 of 13

Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                              5100062310
13728 SW 84th  ST.
FLORIDA

CHANGE ORDER #01 ISSUED 2.26.08 BY L.REYES TO AMMEND PO VALUE ACCORDING
OFFERED BY VENDOR AND TO INCLUDE MORE SPECS.
PREVIOUS PO VALUE: $124,800,000.00
DECREASE:          $     390,000.00
CURRENT PO VALUE:  $124,410,000.00
=================================================================
DELIVERY: 8 MONTHS ARO.  8 PARTIAL DELIVERIES OF 3,250 MT PER MONTH
STARTING MAY 2008 UNTIL DEC. 2008.

**************************************************************
-. "MANDATORY" WE NEED THE TECHNICAL AND NUTRITIONAL SPECIFICATIONS,
COPY OF THE FITOSANITARY, CERTIFCATE OF ORIGIN FROM YOUR PRODUCTS,
QUALITY CERTIFICATE FROM THE PRODUCTS PLANTS.

-. "MANDATORY" SUPPLIER MUST SEND THE DELIVERY SCHEDULE AND PLANT LOCATI
IN ORDER KNOW THE LOGISTICS AND COORDINATE THE INSPECTIONS BY PSI TO:
JUAN JOSE BASTARDO, EMAIL: BASTARDOJJ@PSI.PDV.COM.
MARIA ROBLES, EMAIL: ROBLESM@PDVSA.COM
PABLO RODRIGUEZ, EMAIL: PRODRIGUEZ@PSI.PDV.COM

**************************************************************

*****************************************************************
IF SUPPPLIER FAILS TO PROVIDE A P.O. ACKNOWLEDGMENT WITHIN THE
SPECIFIED PERIOD (48 HOURS), THEN SUCH P.O. SHALL BE DEEMED
ACCEPTED BY SUPPLIER.
*****************************************************************

Shipping Marks
BARIVEN, S.A./PDVSA PETROLEO/MYM PUERTO
5100062310/XG64004713

VAL-VALENCIA
via :PUERTO CABELLO, VENEZUELA
PRIORITY LEVEL: 3
FIELD EXPEDITING: N
INSPECTION FLAG: Y

| ITEM | MATERIAL | QUANTITY | UNIT | DESCRIPTION | UNI |
|------|----------|----------|------|-------------|-----|
| 00001 | | 26,000 | Metric Ton, | ENRICHED POWDER | 4,785. |

Harmonized Tariff Code    : 0402211900

        Material purchasing text
ENRICHED POWDERED MILK WITH VITAMINS A AND D

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                                                    Page: 3 of 13

                                        Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                        5100062310
13728 SW 84th  ST.
FLORIDA

| ITEM | MATERIAL | QUANTITY | UNIT | DESCRIPTION | UNI |
|------|----------|----------|------|-------------|-----|

IT IS THE PRODUCT OBTAINED BY ELIMINATING ALMOST ALL OF THE WATER THAT C
MILK.

1. REQUISITES:

" MUST BE FREE OF PRESERVATIVES, NEUTRALIZERS, TOXIC SUBSTANCES OR ANY S

" MUST BE OF WHITE YELLOWISH COLORING AND HOMOGENEOUS THROUGHOUT,CHARACT
SIMILAR PRODUCTS.

" MUST BE EXEMPT OF STRANGE ODORS AND TASTE SIMILAR TO ITS NATURE.
" MUST BE A HOMOGENEOUS POWDER, CONGLOMERATED, EXEMPT OF ANY
NON-INCLUSIVE MATTER, FREE OF ANY BURNED PARTICLES AND STRANGE MATTER.

2. PHYSIOCHEMICAL REQUIREMENTS:

CHARACTERISTICS LIMITS (%)
HUMIDITY MAX. 3,5
FAT MIN. 26,0  MAX. 27,0
PROTEÍNS MIN. 24,5
CHLORIDES MIN. 0,07  MAX. 0,11
ASH MAX. 5,9
ACIDITY (G AC.LACTIC/100G) MAX. 1,35
FAT FREE MAX. 2,0
LACTOSE MIN. 34,0
INSOLUBILITY INDEZ (ML) MAX. 0,5
BURNEO PARTICLES MAX. B-15N

VITAMIN A MIN. 960 (UG/100G)   MIN. 3200 (UI/100G)

VITAMIN D3 MIN. 8 (UG/100G)     MIN.320 (UI/100G)


3. MICROBIOLOGIC REQUISITES:

CHARACTERISTICS (UFC/G) LIMITS

AEROBIOS MESÓFILOS  MIN. 5,0 X 103    MAX. 1,0 X 104
MOLD  MIN. 1,0 X 102    MAX. 1,0 X 103
SALMONELLA IN 25G 0
COLIFORM (NMP/G) MIN. 3    MAX. 7
S.AUREUS MIN. 10 MAX. 1,0 X 102
LISTERIA MONOCYTOGENES EN 25G 0
ESPORA TERMOFILE MIN. 1,0 X 102   MAX. 1,0 X 103




~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 4 of 13



Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                              5100062310
13728 SW 84th  ST.
FLORIDA

| ITEM | MATERIAL | QUANTITY | UNIT | DESCRIPTION | UNI |
|------|----------|----------|------|-------------|-----|

*********************************************************
LECHE EN POLVO ENTERA CON VITAMINAS A Y D.
NORMA CONSULTADA COVENIN 1481:2001.

REQUISITOS:

" DEBE ESTAR LIBRE DE PRESERVATIVOS, NEUTRALIZANTES, SUSTANCIAS TOXICAS
EXTRAÑAS.

" DEBE SER DE COLOR BLANCO AMARILLENTO HOMOGÉNEO, CARACTERÍSTICO DEL PRO

" DEBE ESTAR EXENTO DE OLORES Y SABORES EXTRAÑOS A LA NATURALEZA DEL MIS.

" DEBE SER UN POLVO HOMOGÉNEO, AGLOMERADO, EXENTO DE GRUMOS COMPACTOS, L
PARTÍCULAS QUEMADAS Y DE MATERIA EXTRAÑA.


        Additional technical specs.

ENRICHED POWDERED MIL WITH VITAMINS A AND D

*****************************************

********
LECHE EN POLVO.

*********************

ENRICHED POWDER MILK WITH VITAMINS A AND D
PRESENTATION:  IN 25KG. SACKS
ORIGIN: CHINA & INDIA, AS ACCEPTED BY PDVAL:

MANUFACTURING PLANT: JIANGXI MEILU DAIRY CO. LTD.
LOTUS ZOOLOGY INDUSTRIAL ZONE, JIUNJIANG CITY, JIANGXI PROVINCE, CHINA.
COCO LIANG PH: 86-792-8906780

NEW BAILI WHOLE MILK
CHINESE NATIONAL STANDARD GB5410-1999

PHYSICAL CHARACTERISTICS:
APPEARANCE - DRY POWDER AND FREE FROM LUJPS
FLAVOR - MILKY AND FREE FROM FOREIGN FLAVORS OR ODORS
COLOR - CREAMY WHITE

    STD. GB5410-1999


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 5 of 13


Purchase order

SUPPLIER:
EXIM BRICKELL, LLC              5100062310
13728 SW 84th  ST.
FLORIDA


| ITEM | MATERIAL | QUANTITY | UNIT | DESCRIPTION | UNI |
|------|----------|----------|------|-------------|-----|

PROTEIN      23.5% MIN.
FAT     26 % MIN
MOISTURE     5% MAX
LACTOSE    35% APPROX
INSOLUBILITY INDEX 1ml Max
SCORCHED PARTICLE 16 mg/kg Max
TITRATABLE ACIDITY 18DEGT MAX
STD. PLATE COUNT 50000 cfu/g Max
COLIFORMS   90 MPN/100g Max
SALMONELLA  Cfu/g  NEGATIVE

COAGULASE-POSITIVE
STAPYLOCOCCI Cfu/g NEGATIVE

| | |
|---|---|
| Gross Price | 124,410,000.00 |
| Net value | 124,410,000.00 |
| Purchase order total value | 124,410,000.00 USD |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 6 of 13

Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                                    5100062310
13728 SW 84th  ST.
FLORIDA

 P.O. General terms

 *** DOC. B0021, REV. E (06.13.2007)   ***
DELIVERY
========
8 MONTHS ARO.  8 PARTIAL DELIVERIES OF 3,250 MT PER MONTH
STARTING MAY 2008 UNTIL DEC. 2008.
LINE ITEMS MUST SHIP COMPLETE.
PARTIALS ARE ALLOWED PER ABOVE SCHEDULE.
ESTIMATED WEIGHT: 26,000 TM
NEW MATERIAL
============

MATERIAL MUST BE IN NEW CONDITION, FREE FROM DEFECTS AND SUITABLE FOR AN
STATED.
ORDER ACKNOWLEDGEMENT
=====================
SELLER MUST ACKNOWLEDGE RECEIPT OF THIS FAX/EDI PURCHASE ORDER WITHIN 48
CONFIRM SHIPPING DATE, BY PROVIDING THE FOLLOWING INFORMATION:
    -   OUR REFERENCE (PO) NUMBER  _____
    -   CONFIRMED DELIVERY DATE    _____
    -   YOUR REFERENCE NUMBER      _____
    -   YOUR EXPEDITING CONTACT    _____
    -   TELEPHONE NUMBER           _____
    -   FACSIMILE NUMBER           _____
    -   DRAWINGS SUBMITTAL DATE    _____  (as applicable)
ORDER ACKNOWLEDGEMENT MUST BE E-MAILED WITH OUR P.O. NUMBER IN THE SUBJE
DEPARTMENT AT OAINBOX@PSI.PDV.COM
----------------------------------------------------------------

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 7 of 13

Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                          5100062310
13728 SW 84th  ST.
FLORIDA


 Terms of delivery

GENERAL INSTRUCTIONS:
AIR FREIGHT VIA MAIQUETIA:
1. Consign Master AWB to: Forwarder's office in Maiquetía.

2. Consign House AWB to:  First line of shipping marks.
Notify Party :
Clover Internacional C.A.
Address:
Aduana Aérea de Maiquetía Detrás del Almacén de Avensa y  al lado de Ali
Venezuela. / Fax: 01158(212)331-3786
Attn: (Operations Manager)
Telephone: 01158(212)331-3301
Email:amarilis.galdona@clovergroup.com.ve/ciganal@pdvsa.com
Contacts:
Yubelis Munoz - yubelis.munoz@clovergroup.com.ve / 58(212)331-1103
Onelia Torres - onelia.torres @clovergroup.com.ve / 58 212 - 331-3304
Liliana Cigana - Ciganal@pdvsa.com / 0212-958- 04.90/ 0416- 980.99.04
Grazia Fiore   Graziaf@pdvsa.com / 0212-958-04.900 / 0414-235.98.37
OCEAN FREIGHT VIA LA GUAIRA:
Consign B/L as shown on the first line of the purchase order shipping ma
Notify Party :
Clover Internacional C.A.
Address:
Aduana Aérea de Maiquetía detrás del Almacén de Avensa y  al lado de Ali
Venezuela. / Fax: 01158(212)331-3786
Attn: (Operations Manager)
Phone: 01158(212)331-3301
Email: amarilis.galdona@clovergroup.com.ve/ciganal@pdvsa.com
Contacts:
Yubelis Munoz - yubelis.munoz@clovergroup.com.ve / 01158(212)331-1103
Onelia Torres onelia.torres@clovergroup.com.ve / 01158(212)331-3304
Liliana Cigana Ciganal@pdvsa.com / 0212-958-04.90/0416-980.99.04
Grazia Fiore Fioreg@pdvsa.com / 0212-958-04.900414-235.98.37
OCEAN FREIGHT VÍA PUERTO CABELLO:
Consign B/L as shown on the first line of the purchase order shipping ma
Notify Party:
Clover Internacional C.A.
Address:
Calle Mariño con Calle Guevara,
Edificio Centro Profesional Gaba, Oficina 3.
Puerto Cabello, Estado Carabobo
Venezuela. / Fax: 01158(242)362-0210
Attn: Luis Vera (Customs Coordinator) / ciganal@pdvsa.com
Telephone: 01158(242)367-5010/361-4244
Contacts:
Luis Vera - luis.vera@clovergroup.com.ve / 01158(242)367-5010/361-4244
Iliana Vasquez - iliana.vasquez@clovergroup.com.ve / 01158(241)8741157
Vanessa Diaz vanessa.diaz@clovergroup.com.ve / 01158(241)8741157
Miroska Goitia Goitiams@pdvsa.com / 0414-235.92.60
Liliana Cigana - Ciganal@pdvsa.com /  0212-958- 04.90/ 0416- 980.99.04
Grazia Fiore - Graziaf@pdvsa.com / 0212-958-04.900 / 0414-235.98.37
EXPORT DOCUMENTS:
The following shipping documents are required by the Venezuelan Governme
prepaid basis and should be consigned in all shipping documents, AWB, B/
1. B/L or AWB: Consigned as shown on the first line of the purchase orde
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 8 of 13

Purchase order

SUPPLIER:

EXIM BRICKELL, LLC                                  5100062310
13728 SW 84th  ST.
FLORIDA

2. COMMERCIAL INVOICE
 a. Prepare one invoice per shipment per Order.
 b. The invoice should be consigned as shown on the first     line of t
 c. All shipper's invoices must specify the following    information:
  i. Invoice date and number.
  ii. PDVSA SERVICES INC. Purchase Order Number and     Requisition Num
  iii. Delivery terms. / Payment terms.
  iv. Purchase Order Item Numbers as shown in Purchase     Order.
  v. Number and description of goods.
  vi. Tariff Number and Spanish Description, if given, for     Purchase o
item.
  vii. Gross & Net weight of commodity.
  viii.Value & Dimensions of commodity.
  ix. County of origin.
3. INSPECTION CERTIFICATES: Agriculture exporters are frequently  requir
shipped.
4. PHYTOSANITARY CERTIFICATE: This certificate must be    issued by a cer
5. CERTIFICATE OF ORIGIN: This certificate must be issued by a  certifyi
Original Export documentation:
Documents for all ocean shipments are required to be in possession of Ba
at the first Venezuela Port of unlading. Att: Liliana Cigana / Grazia Fi
Send the required originals to:
BARIVEN - ADUANAS PDVSA AGRICOLA
CENTRO EMPRESARIAL EUROBUILDING
PISO 10 - OFIC. 22
Phone: 58212-958-04.90 - Fax: 58212-958-00.20
Perishable Shipments:
-  All documents associated with perishable goods must specify  the  tem
scales.
-  The documents should indicate directly whether the goods    should  be
marked on the cargo)
-  Perishable and non perishable cargo must not be shipped  together on
material must be shipped  and documented separately.
REQUIRED EXPORT DOCUMENTS AND DISTRIBUTION:
(OCEAN)
DOCUMENT        CUSTOMS BROKER / PSI
Original Bill of Lading          4/1
Copies of B/L      2/1
Commercial Invoice Original     4/1
Commercial Invoice copies   2/1
Export packing list 4/1
Certificates (if any)         2/1
 (AIR)
DOCUMENT        CUSTOMS BROKER / PSI
Original Airway Bill        4/1
Copies of AWB 2/1
Commercial Invoice Original     4/1
Commercial Invoice copies   2/1
Export packing list 4/1
Certificates (if any)         2/1
Note: SHOW PURCHASE ORDER SHIPPING MARKS ON ALL DOCUMENTS.
PACKAGING AND LABELING:
AS OF APRIL 2006 WOODEN PACKING TO VENEZUELA MUST SHOW A MARKING THAT TH
METHYL BROMIDE OR HAS BEEN HEAT TREATED AND DOES NOT PRESENT/DISPLAY EVI
USED IN THE BOXING/CRATING, PALLETIZING, SKIDDING, OR BLOCKING AND BRACI
ORDER MUST HAVE UNDERGONE SUFFICIENT PROCESSING OR TREATMENT IN COMPLIAN

INTERNATIONAL PLANT PROTECTION CONVENTION (IPPC) ENTITLED "GUIDELINES FO
IN INTERNATIONAL TRADE". ALL WOOD SUBJECT TO THIS REGULATION SHALL BE MA
REGULATION. NON-CONFORMANCE WILL RESULT IN CONFISCATION OF THE ENTIRE SH
AUTHORITIES. FOR SPECIFIC DETAILS, PLEASE REFER TO THE IPPC WEBSITE: WWW
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 9 of 13

Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                                          5100062310
13728 SW 84th  ST.
FLORIDA

ALL CARGO DESTINED TO VENEZUELA MUST BE SUFFICIENTLY PACKED TO WITHSTAND
TRANSPORT. PACKAGING MUST RESIST: THE ROUGH HANDLING DURING LOADING AND
OVERHEAD WEIGHT OF OTHER CONTAINERS; IMPACT AND VIBRATION DURING TRANSPO
PRECOOLING, TRANSIT, AND STORAGE.
A. PACK MATERIALS IN ONE OF THE FOLLOWING WAYS:
-  SHIPPING UNITS: EACH UNIT OF FREIGHT, TENDERED TO A CARRIER  AS LISTE
COMBINE  DIFFERENT ORDERS IN ONE SHIPPING UNIT.
- INTERIOR PACKAGES: EACH UNIT PACKAGE COMBINED WITH OTHER  PACKAGES TO
CONSIST OF  ONLY ONE ORDER ITEM (ANY QUANTITY).
B. PACKING LIST: ATTACHED TO EXTERIOR OF AT LEAST ONE SHIPPING U NIT.ADD
ENCLOSED S HIPPING UNITS.
MARKING: (MUST BE PERMANENT/WATERPROOF)
A. INTERIOR PACKAGES: MARK OR TAG WITH ORDER NUMBER.
 - ITEM NUMBER.
B. SHIPPING UNITS:  MARK ON TWO ADJACENT SIDES OR TAG:
 -  "SHIPPING MARKS" AS SPECIFIED IN THE PURCHASE ORDER    /ORDER AND IT
/OVERALL DIMENSIONS IN CENTIMETERS / GROSS WEIGHT IN    KILOGRAMS
C. SHIPPING UNIT NUMBERS: NUMBER EACH SHIPPING UNIT BEGINNING  WITH NUMB
CONSECUTIVELY INDICATING TOTAL UNITS IN THE LOT (I.E. 1 OF  4, 2OF 4, ET
UNIT NUMBER 1.
D. PACK ING LIST:  SHOW FOR EACH ORDER ITEM LISTED:
 - PURCHASER'S STOCK NUMBER (IF GIVEN IN ORDER) / GOOD'S  DESCRIPTION.
E. NUMBER:
 -  SHIPPING UNIT NUMBER (IF MORE THAN ONE). / "SHIPPING    MARKS" AS SP
F. FOR PERISHABLE AND NON-PERISHABLE FOOD PRODUCTS:
  PLEASE INDICATE THE FOLLOWING:
STORAGE TEMPERATURE_____ (INDICATE ° F OR ° C)
REFRIGERATED OR FROZEN OR DRY (CHOOSE ONE)
PLEASE USE COLORED LABELS TO CATEGORIZE EACH CASE/CRATE:
GREEN: REFRIGERATED
BLUE: FROZEN
RED: DRY/NON PERISHABLE
PRE-SHIPMENT ADVICE:
PRE-ALERT MUST SHOW DEPARTURE DATE AND PORT CITY, PORT OF DESTINATION AN
NUMBER, BILL OF LADING NUMBER AND DATE, NAME OF SHIPPING LINE, PURCHASE
(SECOND LINE OF PO. SHIPPING MARKS).
THE FOLLOWING ATTACHMENTS MUST BE INCLUDED AS WELL:
1. EXECUTED BILL OF LADING,
2. EXPORT PACKING LIST AND COMMERCIAL INVOICE.
4. PHYTOSANITARY CERTIFICATES
5. CERTIFICATE OF ORIGIN
6. OTHER CERTIFICATES REQUIRED.
PRE-SHIPMENT ADVICE AND COPY OF EXPORT DOCUMENTS TO:

```
PDVSA (TRAFFIC & CUSTOMS) - VENEZUELA
N° NAME      EMAIL
1. LILIANA CIGANA    CIGANAL@PDVSA.COM
2. FERNANDO VELASQUEZ  VELASQUEZFN@PDVSA.COM
3. MARIA ROBLES      ROBLESMS@PDVSA.COM
4. JUAN CARLOS RIVAS  ELBOTIJAJC@CANTV.NET
5. KARIN RODRIGUEZ    RODRIGUEZKK@PDVSA.COM
6. DONNATY DURAN    DURANDS@PDVSA.COM
7. ASDRÚBAL DÍAZ    DIAZAAL@PDVSA.COM
8. GRAZIA FIORE      FIOREG@PDVSA.COM
9. DUBRASKA RODRIGUEZ  DUBRASKAAR@GMAIL.COM
10. IRANOR ANDRADE    ANDRADEIR@PDVSA.COM
11. JOSE ROMERO      JOSEROMERO@ANDROMEDA.COM.VE
12. YOANNA SALAZAR    YOANNASALAZAR@ANDROMEDA.COM.VE
13. ANGEL RODRIGUEZ    ANGELRODRIGUEZ@ANDROMEDA.COM.VE
14. OSMAR NIETO      OSMARYNIETO@GMAIL.COM
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

Page: 10 of 13

Purchase order

```
SUPPLIER:
EXIM BRICKELL, LLC                    5100062310
13728 SW 84th  ST.
FLORIDA

15. JUAN CARLOS RIVAS  ELBOTIJAJC@CANTV.NET ONLY SHIPMENTS      VIA LA
16. MIROSKA GOITIA    GOITIAMS@PDVSA.COM ONLY SHIPMENTS VIA      PUERTO
17. IRANOR ANDRADE    ANDRADEIR@PDVSA.COM
PSI (LOGISTICS DEPARTMENT) - HOUSTON
N° NAME      EMAIL      PHONE
1. JUAN JOSE BASTARDO BASTARDOJJ@PSI.PDV.COM  (281) 5886474
2. PSI DATA BASE  DOCUMENT@PSI.PDV.COM
 Terms of payment

PROGRESS/ADVANCE PAYMENT INVOICES
=================================
10% UPON PO PLACEMENT
90% AGAINST PRESENTATION OF INSPECTION RELEASE REPORT FOR EACH PARTIAL
SHIPMENT.
PROGRESSIVE PAYMENTS SHALL BE BASED ON THE ORIGINAL PURCHASE ORDER VALUE
ORDER VALUE SHALL BE INCLUDED IN THE SUPPLIER'S FINAL INVOICE.
```

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 11 of 13

Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                    5100062310
13728 SW 84th  ST.
FLORIDA

    Requir docs/Inspec/Field Exped

        FIELD INSPECTION REQUIREMENT
        (DOC. TR050, REV.F, 05-Feb-08 )
    ---------------------------------------------------------
    1. THIS PURCHASE ORDER OR RFQ (WHEN APPLICABLE) HAS BEEN CODED FOR FIELD
    SHIPMENT. THIS MEANS A QUALIFIED INSPECTOR WILL INSPECT THE EQUIPMENT FO
    ORDER, AND ANY OTHER APPLICABLE INDUSTRY STANDARD OR SPECIFICATION.
    2. PRODUCT, EQUIPMENT, OR MATERIAL INSPECTION MUST BE PERFORMED BEFORE P.
    PURCHASER'S INSPECTION DOES NOT RELIEVE THE MANUFACTURER OR THE SELLER F
    ORDER REQUIREMENTS.
    3. PRODUCT, EQUIPMENT OR MATERIAL MUST NOT LEAVE YOUR FACILITIES UNTIL T
    INSPECTION AGENCY HAS ISSUED A RELEASE AUTHORIZING SHIPPING OF THE PRODU
    4. THE VENDOR IS REQUIRED TO PROVIDE THE FOLLOWING INFORMATION:
    4.1 LOCATION OF WHERE INSPECTION CAN BE PERFORMED.
    4.2 CONTACT NAME, PHONE NUMBER, & EMAIL ADDRESS OF THE PROJECT MGR.
    5. DOCUMENTATION REQUIREMENTS
    ( THIS NOTE APPLIES TO TECHNICAL DOCUMENTS NOT INCLUDING INVOICES OR SHI
    5.1 ONE COPY OF ALL THE REQUIRED DOCUMENTS MUST SHIP WITH THE EQUIPMENT
    SUCH AS MATERIAL TEST REPORTS, NONDESTRUCTIVE TEST REPORTS, QA CERTIFICA
    OR PERFORMANCE TEST RESULTS, AND OTHER APPLICABLE DOCUMENTS.
    5.2 TWO HARD COPIES (DATABOOKS) AND TWO ELECTRONIC COPIES (CD'S OR VIA E
    FIRST CLASS MAILING ADDRESS:

PDVSA Services, Inc.
Attn: Document Control
P.O. Box 4403
Houston, TX 77210-4403
COURIER SERVICE MAILING ADDRESS:
Bariven S.A. c/o PDVSA Services Inc.
Attn: Document Control
1293 Eldridge Parkway
Houston, TX 77077
Contact Name: Melissa F. DeSoto
Contact Number: (281)588-6255
Contact Fax: (281)588-6265
5.3 FOR DELIVERY OF DOCUMENTS ELECTRONICALLY, SEND THEM TO: TECHDOCS@PSI
5.4 THE PDVSA SERVICES PURCHASE ORDER NUMBER MUST BE LISTED ON THE SUBJE
DOCUMENTATION IS SUBMITTED, THE EMAIL MUST CLEARLY IDENTIFY TO WHICH LIN
5.5 THE PO NUMBER AND THE PO ITEMS MUST BE CLEARLY IDENTIFIED IN EACH DO
**************************
5.6 FOR PURCHASE ORDERS PLACED IN EUROPE OR WHERE THE MATERIAL IS COMING
CAN BE SUBMITTED TO: INSPECTION@PDVSA.NL
5.7 Send hard copies to:
PDVSA SERVICES BV
ATTN. TECHNICAL SERVICES DEPARTMENT
PRESIDENT KENNEDYLAAN 19
2517 JK THE HAGUE
THE NETHERLANDS
************************
6. ANY QUESTIONS REGARDING THIS INSPECTION REQUIREMENT, FORWARD EMAIL TO
bernsteinp@psi.pdv.com or iguedez@psi.pdv.com. For purchase orders place
-----------------------------------------------------------------

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 12 of 13


Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                                          5100062310
13728 SW 84th  ST.
FLORIDA


     IMPORTANT INSTRUCTIONS TO SELLER
     (Doc. Z_ME_PO_GEN_BU00, rev.7, 11-14-2005)
If this Document is issued from BARIVEN, S.A. c/o PDVSA Services, Inc.,
INSTRUCTION
Unless covered by a Blanket Purchase Agreement, this purchase order is s
Inc. Terms and Conditions which are already in your possession.  In the
please advise us. Otherwise, acceptance of this purchase order signifies
Terms and Conditions.
If this order is covered by an Outline Agreement, the Terms and Conditio
purchase order apply to this document.
Seller must acknowledge receipt of this purchase order within five days
acknowledgement is to be sent to PDVSA Services Inc., Expediting Departm
Assignment of Credit Facility:
This purchase order may be selected for financing through a credit facil
documentation required by the financial institution. If this is the case
Packing, Marking, Invoicing and Shipping Instructions:

As of April 2006 wooden packing to Venezuela must show a marking that th
treated and does not present/display evidence of quarantine pests. All w
bracing of the material on this Purchase Order must have undergone suffi
International Plant Protection Convention (IPPC) entitled "Guidelines fo
subject to this regulation shall be marked as specified in Anex II of th
shipment by Venezuelan port/airport authorities. For specific details, p
Do not dispatch until you have read and understood our packing, marking,
1. For domestic deliveries FOB/FCA to our USA forwarders, FOB Seller's P
on standard note B0010, attached to our purchase order.
2. For International Ocean Freight deliveries to Venezuela by the Seller
B0056-B0059, attached to our purchase order.
3. For International Air and Ocean Freight deliveries to Curacao by the
4. For International Air Freight deliveries by the seller to Venezuela v
attached to our purchase order.
These forms, an integral part of this document, are already in your poss
email: bastardojj@psi.pdv.com, or ph. 281.588.6474
General Invoicing Instructions
Follow each of the applicable instructions attached to the respective pu
terms.
Your Bank Account and Routing Information must be included on your invoi
electronic funds transfer.
Seller will send Invoices to:
BARIVEN, S.A.
c/o PDVSA Services, Inc.
P.O. Box 4403
Houston, Texas 77210 USA
Attn: Accounts Payable
Contact Person: Tim Marshman.
Phone: (281) 588-6253; Fax: (281) 582-7578
If using courier services, please use the street address:
BARIVEN, S.A.
c/o PDVSA Services, Inc.
1293 Eldridge Parkway,
Houston, Texas 77077 USA
Attn: Accounts Payable
Contact Person: Tim Marshman.
Phone: (281) 588-6253; Fax: (281) 582-7578
We require one original invoice with attached copies of your packing lis
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Page: 13 of 13


Purchase order

SUPPLIER:
EXIM BRICKELL, LLC                              5100062310
13728 SW 84th  ST.
FLORIDA


have been required by the Buyer and quoted by the Seller, such as Inland
Please show our Purchase Order (PO) number and shipping marks on all inv
accordance with PO delivery terms, 100% net 30 days after receipt and ap
Order.
DESTINATION CONTROL STATEMENT:
According to U.S. Export Administration Regulations, Chapter 758.6,
"These commodities, technology or software will be exported from the Uni
Diversion contrary to U.S. law is prohibited." Ultimate destination as p
The DCS is required for all exports from the United States of items on t

responsible for preparation of, the invoice and on the bill of lading, a
from its point of origin in the United States to the ultimate consignee
NOTE TO SUPPLIERS:
Invoices will not be processed unless all export or quality documents ar

Regards,
Bariven, S.A.- C/O. PDVSA Services, INC.
Purchasing Agent



**GiRObank**

**Advice of Irrevocable Standby Letter of Credit**

**Beneficiary:**
Exim Brickell LCC
13728 SW 84 ST Miami,
FL 33183 U.S.A.

Willemstad, May 6, 2008
Our ref: GI08LCE1002

**Amount:**
USD 12,441,000.00 +/- 10%

**Expiry date:**
January 31, 2009

**Expiry place:**
Curaçao N.A.

**Issuing bank:** Girobank N.V.
**Letter of Credit no.:** GB08LSI2011

**Applicant:**
Refineria Isla Curazao B.V.
on behalf of Bariven S.A.
P.O. Box 3843
Emmastad,
Curaçao, Netherlands Antilles

Dear Sirs,

We hereby inform you that a Standby Letter of Credit has been opened by the above mentioned bank and we enclose the following:

An authenticated copy of the issuing bank's message, which is the operative instrument of the above referenced letter of credit.

Please be advised of the following:
We advise this letter of credit adding our confirmation. Our confirmation will become valid if complying documents are presented at our counters. Kindly supply us with one complete set of nonnegotiable documents for our files and check the terms and conditions of the credit to ensure that they comply with the terms of your agreement with the buyer. In the event that you will be unable to comply with any of the terms we suggest that you immediately contact the buyer and arrange for a suitable amendment.

Our dealing with this documentary credit will be governed by "Uniform Customs and Practice for Documentary Credits" (I.C.C. publ.no. 600 – 2007 revision).

Sincerely,

Girobank International N.V.

**EXHIBIT**
B

PO 5100062310

# Commercial Invoice EB 972 F



**Exim Brickell, L.L.C.**
13728 SW 84th Street, Miami, FL 33183
PH 305-387-0454 FAX 305-385-3143
Email: dguevara@eximbrickell.com
Website: www.eximbrickell.com

**Vessel: COSCO NAPOLI/021**
B/L # : COSU6018704820
DATE: 1/25/2009

DATE:     January 30, 2009

INVOICE:  Bariven, S.A. c/o PDVSA SERVICES, INC
ATTN: ACCOUNTS PAYABLE
ADDRESS: 1293 Eldridge Parkway, Houston TX 77077
Phone: 281 588 6241
Contact Name: Mary Carmen Alvarez

PURCHASE ORDER #     5100062310
Bidding Process         XG64004605

| ITEM | QTTY | UNIT | DESCRIPTION | MATERIAL | DELIVERY | PRICE PER UNIT | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1000 | MT | | ENRICHED POWDERED MILK | | $4,785.00 | $4,785,000.00 |
| | | | | | | **TOTAL** | **$4,785,000.00** |

**BANKING INFORMATION**

**EXIM BRICKELL, LLC**
BANK OF AMERICA
ACCT. # 003677666065
ROUTING # 063100277
Swift: BOFAUS3N

**BANK ADDRESS**
9000 SOUTH SIDE BOULEVARD
BUILDING 600, JACKSONVILLE
FL 32256

COUNTRY OF ORIGIN:                          CHINA
COUNTRY OF FINAL DESTINATION:      VENEZUELA
GENERAL TERMS OF SALE        CIF PUERTO CABELLO



**EXHIBIT**
C

# Exim Brickell, L.L.C.

13728 SW 84th Street, Miami, FL 33183
PH: 305-387-0454 FAX: 305-385-3143
Email: dguevara@eximbrickell.com
Website: www.eximbrickell.com

# Commercial Invoice EB872 N

DATE: **January 12, 2009**

**VESSEL: LIMARI/00901/S**
BL # PBN004280
DATE 01/08/2009

INVOICE: Bariven, S.A. c/o PDVSA SERVICES, INC

ATTN: ACCOUNTS PAYABLE
ADDRESS: 1293 Eldridge Parkway, Houston TX
7077

Phone: 281 588 6241

Contact Name: Mary Carmen Alvarez

| PURCHASE ORDER # | 5100062310 |
|---|---|
| Bidding Process | XG64004605 |
|  |  |

| ITEM | QTY | UNIT | SIZE/WT | MATERIAL | DELIVERY | PRICE PER UNIT | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 500 | MT |  | ENRICHED POWDERED MILK |  | $4,785.00 | $2,392,500.00 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **TOTAL** | **$2,392,500.00** |

**BANKING INFORMATION**

**EXIM BRICKELL, LLC** Beneficiary Name: **Girobank NV**

Account: **744444829**

Beneficiary Bank N: **JP MORGAN CHASE NY**

ABA #: **21000021**

SWIFT#: **CHASUS33**

For Further Credit to **Exim Brickell Acct. # 902640 with Girobank NV**

COUNTRY OF ORIGIN: CHINA
COUNTRY OF FINAL DESTINATION VENEZUELA
GENERAL TERMS OF SALE CIF PUERTO CABELLO

Promulgated 2008
Phase 6

# Commercial Invoice EB872 M

**Exim Brickell, L.L.C.**
13728 SW 84th Street, Miami, FL 33183
PH 305-387-0454 FAX 305-385-3143
Email: dgevara@eximbrickell.com
Website: www.eximbrickell.com

DATE:   **December 29, 2008**

**INVOICE:** **Bariven, S.A. c/o PDVSA SERVICES, INC**
**ADDRESS:** 1293 Eldridge Parkway, Houston TX 77077
**ATTN:** ACCOUNTS PAYABLE
**Phone:** 281 588 6241
**Contact Name:** Mary Carmen Alvarez

**VESSEL: COSCO YINGROU 014S**
**BL # COSU6018652500**
**DATE 12/23/2008**

| PURCHASE ORDER # | 5100062310 |
| Bidding Process | XG64004605 |

| ITEM | QTY | UNITS | ITEM DESCRIPTION | DELIVERY | PRICE PER UNIT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 500 | MT | ENRICHED POWDERED MILK | | $4,785.00 | $2,392,500.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | TOTAL | |

**BANKING INFORMATION**

**EXIM BRICKELL, LLC**

Beneficiary Name:   **Girobank NV**
Account:   **74444829**
Beneficiary Bank N:**JP MORGAN CHASE NY**
ABA #:   **21000021**
SWIFT#   **CHASUS33**
For Further Credit to **Exim Brickell Acct. # 902640 with Girobank NV**

COUNTRY OF ORIGIN:   CHINA
COUNTRY OF FINAL DESTINATION   VENEZUELA
GENERAL TERMS OF SALE   CIF PUERTO CABELLO

Promulgated 2008
Phase 6



# Commercial Invoice EB 972 E/G

## Exim Brickell, L.L.C.
13728 SW 84th Street, Miami, FL 33183
PH 305-387-0454 FAX 305-385-3143
Email: dguevara@eximbrickell.com
Website: www.eximbrickell.com

DATE:   DECEMBER 15, 2008

**VESSEL: FAITH I 119 W**
**B/L : COSU6018657730**
**DATE : DECEMBER 13, 2008**

INVOICE:   Bariven, S.A. c/o PDVSA SERVICES, INC

ATTN: ACCOUNTS PAYABLE
ADDRESS: 1293 Eldridge Parkway, Houston TX
77077
Phone: 281 588 6241
Contact Name: Mary Carmen Alvarez

**PURCHASE ORDER #**   5100062310
**Bidding Process**   XG64004605

| ITEM | QUANTITY | UNIT | SIZE KG | MATERIAL | DELIVERY | PRICE PER UNIT | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 500 | MT | | ENRICHED POWDERED MILK | | $4,785.00 | $2,392,500.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $2,392,500.00 |

**BANKING INFORMATION**

**EXIM BRICKELL, LLC**

| | |
|---|---|
| Beneficiary Name: | Girobank NV |
| Account: | 74444829 |
| Beneficiary Bank Name: | JP MORGAN CHASE NY |
| ABA #: | 21000021 |
| SWIFT#: | CHASUS33 |
| For Further Credit to: | Exim Brickell Acct. # 902640 with Girobank NV |

COUNTRY OF ORIGIN:   CHINA
COUNTRY OF FINAL DESTINATION   VENEZUELA
GENERAL TERMS OF SALE   CIF PUERTO CABELLO

Promulgated 2008
Phase 6

# Exim Brickell, L.L.C.

13728 SW 84th Street, Miami, FL 33183
PH 305-387-0454 FAX 305-385-3143
Email: dguevara@eximbrickell.com
Website: www.eximbrickell.com

# Commercial Invoice EB2009 RW-001

DATE:   January 16, 2009

**VESSEL: EASLINE TIANJIN/00454/E**
BL # PBR002894
DATE 01/10/2009

**INVOICE:** Bariven, S.A. c/o PDVSA SERVICES, INC

ATTN: ACCOUNTS PAYABLE

ADDRESS: 1293 Eldridge Parkway, Houston TX
77077

Phone: 281 588 6241

Contact Name: Mary Carmen Alvarez

| PURCHASE ORDER # | 5100062310 |
|---|---|
| Bidding Process | XG64004605 |

| ITEM | QTY | UNITS | SIZE/WT | MATERIAL | DELIVERY | PRICE PER UNIT | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 200 | MT | | ENRICHED POWDERED MILK | | $4,785.00 | $957,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **TOTAL** | **$957,000.00** |

**BANKING INFORMATION**

EXIM BRICKELL, LLC   Beneficiary Name:   **Girobank NV**

Account:   **74444829**

Beneficiary Bank N: **JP MORGAN CHASE NY**

ABA #:   **21000021**

SWIFT#   **CHASUS33**

For Further Credit to **Exim Brickell Acct. # 902640 with Girobank NV**

COUNTRY OF ORIGIN:   CHINA

COUNTRY OF FINAL DESTINATION   VENEZUELA

GENERAL TERMS OF SALE   CIF PUERTO CABELLO

PO 5100062310
2009



# Exim Brickell, L.L.C.

13728 SW 84th Street, Miami, FL 33183
PH 305-387-0454 FAX 305-385-3143
Email: dguevara@eximbrickell.com
Website: www.eximbrickell.com

# Commercial Invoice EB2009 RW-002

DATE:   January 16, 2009

**VESSEL: SINOTRANS TIANJIN/00014/S**
BL # PBR002920
DATE 01/16/2009

INVOICE:   Bariven, S.A. c/o PDVSA SERVICES, INC
ATTN: ACCOUNTS PAYABLE
ADDRESS: 1293 Eldridge Parkway, Houston TX 77077
Phone: 281 588 8241
Contact Name: Mary Carmen Alvarez

| PURCHASE ORDER # | 5100062310 |
| --- | --- |
| Bidding Process | XG64004605 |

| ITEM | QTY. | UNIT | SIZE/MEAS | MATERIAL | DELIVERY | PRICE PER UNIT | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 300 | MT | | ENRICHED POWDERED MILK | | $4,785.00 | $1,435,500.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL | $1,435,500.00 |

**BANKING INFORMATION**

EXIM BRICKELL, LLC   Beneficiary Name:  **Girobank NV**
Account:                  **744444829**
Beneficiary Bank N:**JP MORGAN CHASE NY**
ABA #:                     **21000021**
SWIFT#                    **CHASUS33**
For Further Credit to **Exim Brickell Acct. # 902640 with Girobank NV**

COUNTRY OF ORIGIN:                      CHINA
COUNTRY OF FINAL DESTINATION          VENEZUELA
GENERAL TERMS OF SALE                   CIF PUERTO CABELLO

PO 5100062310
2009

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| EXIM BRICKELL, LLC, a Florida limited liability company, | PDVSA SERVICES, INC., a Delaware corporation, and BARIVEN, S.A., a Venezuelan business entity |

**(b)** County of Residence of First Listed Plaintiff  **Miami-Dade County, FL**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Harris County, TX**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Jose M. Ferrer, Esq.        Tel: 305-789-8900
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700, Miami, Florida 33131

09-CV-20915 - Altonaga/Brown

Attorneys (If Known)

**FILED by ___ D.C.**

**APR - 7 2009**

**STEVEN M. LARIMORE**
**CLERK U.S. DIST. CT.**
**S. D. of FLA. - MIAMI**

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO        b) Related Cases ☐ YES ☑ NO

JUDGE                        DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

28 USC 1332
BREACH OF CONTRACT

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**
77,612,700.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

| ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE | SIGNATURE OF ATTORNEY OF RECORD | DATE April 7, 2009 |
|---|---|---|

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 998763
04/07/09