IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20915-CIV-GOLD/GOODMAN

EXIM BRICKELL, LLC,

      Plaintiff/Counterclaim-Defendant,

v.

BARIVEN, S.A.,

      Defendant/Counterclaim-Plaintiff.
_____

**BARIVEN'S MEMORANDUM OF LAW ON DAMAGES AND
PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

Defendant-Counterclaim Plaintiff Bariven, S.A. ("Bariven") submits this memorandum addressing the calculation of damages and interest for both Bariven and Plaintiff/Counterclaim-Defendant Exim Brickell, LLC ("Exim") in light of the United States Court of Appeals for the Eleventh Circuit's recent decision and mandate in this case, which affirmed in part, reversed in part, and remanded the case back to this Court.  ECF No. 207.

**I.      POST-TRIAL PROCEDURAL HISTORY**

In its August 16, 2011 Findings of Fact and Conclusions of Law (ECF No. 183), this Court made factual findings regarding damages and instructed the Parties to file submissions regarding pre- and post-judgment interest, including proposed calculations and legal support. *See* ECF Nos. 185, 186.  Following the Parties' submissions, this Court identified four categories of damages to which the Parties were entitled in its September 30, 2011 Order Addressing Parties' Positions on Pre- and Post-Judgment Interest ("Interest Calculation Order"):

   (A) amount Bariven paid for Milk Shipments 7 and 8;
   (B) amount Bariven paid in storage/demurrage fees for Milk Shipments 7 and 8;
   (C) amount Bariven paid in storage/demurrage fees for Rice Shipments 21, 23 and 24; and
   (D) Exim's damages for repudiation of Milk Shipment 23.  (ECF No. 193, p. 4)

This Court summarized the four categories and amounts (without interest) in a table similar to the following:

| Party | Category | Amount Due | Total |
|---|---|---|---|
| Bariven | (A) Value of Milk Shipments 7 & 8 | $6,220,500.00 | $7,811,767.32 |
| | (B) Fees for Milk Shipments 7 & 8 | $1,032,214.46 | |
| | (C) Fees for Rice Shipments 21, 23 & 24 | $559,052.86 | |
| Exim | (D) Value of Milk Shipment 23 | $2,152,795.00[1] | $2,152,795.00 |

This Court also assessed a total damage calculation, including pre-judgment interest for categories A and D, in Bariven's favor in the amount of $6,708,641.49, with post-judgment interest accruing pursuant to 28 U.S.C. § 1961. *Id.* pp. 8-9.

Exim Brickell filed its notice of appeal of this Court's Final Judgment, and Bariven filed a cross-appeal. ECF Nos. 195, 197. Following briefing and oral arguments, the United States Court of Appeals for the Eleventh Circuit's issued its Decision on April 8, 2013 and its Mandate on June 13, 2013. ECF No. 207. Specifically, the Eleventh Circuit Decision <u>reversed</u> this Court's judgment relating to Bariven's damages in categories A, B and C, directing that Bariven's damages be increased, and <u>affirmed</u> this Court's judgment relating to Exim's damages in Category D. *Id.* Section II below recalculates Bariven's three categories of damages as directed by the Eleventh Circuit Decision. Section III below calculates Bariven's and Exim's pre-and post-judgment interest on their damages accordingly.

## II. BARIVEN'S DAMAGES

### A. Bariven's Damages for Contaminated Milk Shipments 1 to 16 (Category A)

The Eleventh Circuit held that Bariven properly revoked acceptance of Milk Shipments 1 to 16, not just Milk Shipments 7 and 8. ECF No. 207. The amounts Bariven paid for each of the sixteen contaminated shipments were undisputed and set out in Appendix B of this Court's

---

[1] This number reflects Exim's revised amount (ECF No. 187, pp. 9 n.5), which Bariven did not contest.

- 2 -


Findings of Fact and Conclusions of Law.[2]  ECF No. 183, p. 152.  Adding in the additional shipments as directed by the Eleventh Circuit Decision, Category A of Bariven's damages must be increased from $6,220,500 to **$45,361,800**.

In its Interest Calculation Order, this Court held that the date of Bariven's loss was the date on which it paid for each shipment.  ECF No. 193, pp. 4-5.[3]  The dates of payment for each of the sixteen contaminated shipments likewise were undisputed and set out in Appendix B of this Court's Findings of Fact and Conclusions of Law.  ECF No. 183, p. 152.  As detailed in Appendix B, the number of the shipment, the amount paid, the date of payment, and the days remaining in calendar year 2008 are as follows:

| Shipment No. | Amount Paid | Date of Payment | Days Remaining in 2008 |
| --- | --- | --- | --- |
| 1 | $2,392,500 | 7/1/08 | 183 |
| 2 | $1,435,500 | 8/21/08 | 132 |
| 3 | $3,349,500 | 7/16/08 | 168 |
| 4 | $2,440,350 | 7/23/08 | 161 |
| 5 | $3,349,500 | 7/23/08 | 161 |
| 6 | $3,110,250 | 8/7/08 | 146 |
| 7 | $3,828,000 | 8/21/08 | 132 |
| 8 | $2,392,500 | 8/21/08 | 132 |
| 9 | $3,828,000 | 8/28/08 | 125 |
| 10 | $3,349,500 | 8/28/08 | 125 |
| 11 | $2,440,350 | 9/5/08 | 117 |
| 12 | $2,440,350 | 9/5/08 | 117 |
| 13 | $2,392,500 | 9/5/08 | 117 |
| 14 | $3,828,000 | 9/5/08 | 117 |
| 15 | $2,392,500 | 9/18/08 | 104 |
| 16 | $2,392,500 | 9/18/08 | 104 |

---

[2] Appendix B of this Court's Findings of Fact and Conclusions of Law, was, in turn, based on Joint Trial Exhibit 194, to which the parties stipulated.

[3] This Court expressly rejected Exim's arguments that the date of loss was April 2, 2009, the date Bariven revoked its acceptance of the milk.  ECF No. 193, pp. 4-5.  The milk contained in these shipments had no value for consumption or resale, and this Court also expressly rejected Exim's argument that equitable considerations dictate that Bariven should not recover pre-judgment interest.  *Id.*  Exim did not appeal this aspect of this Court's decision. ECF No. 207.

Section III.A.2 below calculates the pre-judgment interest that should be applied to Bariven's damages for Milk Shipments 1 to 16.

### B. Bariven's Damages for Demurrage and Storage Fees for Milk Shipments 1 to 16 (Category B)

In its Findings of Fact and Conclusions of Law, this Court allowed Bariven to recover a portion of the storage and demurrage fees it incurred for contaminated Milk Shipments 7 and 8. ECF No. 183, pp. 134-37. Specifically, it allowed Bariven to recover such fees through April 2, 2009, the date on which it found Bariven properly revoked acceptance. *Id.* This Court reduced Bariven's claimed storage and demurrage fees by performing a three-step calculation: (1) it began with the amounts in Venezuelan Bolivares ("VEB") that Dr. Miguel Herce calculated over a twenty-month period (from October 2008 until June 2010); (2) pro-rated them for a six-month period (October 2008 until early April 2009); and (3) divided the pro-rated amounts by the 2.15 VEB/USD exchange rate applicable at the time of the charges.[4] *Id.* at 136-37. The testimony and trial exhibit on which this Court relied to calculate storage and demurrage for Shipments 7 and 8 also detail storage and demurrage charges for Shipments 1-6 and 9-16. *See* Bariven Trial Ex. H; Trial Tr. Mar. 29, 2011, at 53:24-83-24. When those amounts are included in the Court's three-step calculation, the storage and demurrage charges due Bariven are as follows (with a shipment subtotal presented in the far right column):

| No. | Demurrage fees (in VEB) | Storage fees (in VEB) | Total fees (in VEB) | 6/20 pro-ration (in VEB) | 2.15 VEB/USD exchange rate |
|---|---|---|---|---|---|
| 1 | 0 | 26,548 | 26,548 | 7,964.40 | $3,704.37 |
| 2 | 1,444,284 | 34,098 | 1,478,382 | 443,514.60 | $206,285.86 |
| 3 | 3,369,996 | 0 | 3,369,996 | 1,010,998.80 | $470,232.00 |
| 4 | 2,282,655 | 57,670 | 2,340,325 | 702,097.50 | $326,556.98 |
| 5 | 3,342,906 | 0 | 3,342,906 | 1,002,871.80 | $466,452.00 |

---

[4] On appeal, Exim challenged whether *Bariven* (as opposed to a corporate affiliate) incurred these amounts as a matter of law, but the Eleventh Circuit ruled in Bariven's favor. ECF No. 207. Exim did not appeal the Court's methodology for calculating storage and demurrage charges for milk shipments.

| 6 | 3,043,755 | 799,844 | 3,843,599 | 1,153,079.70 | $536,316.14 |
| --- | --- | --- | --- | --- | --- |
| 7 | 3,696,624 | 997,950 | 4,694,574 | 1,408,372.20 | $655,056.84 |
| 8 | 2,310,390 | 392,573 | 2,702,963 | 810,888.90 | $377,157.63 |
| 9 | 2,467,130 | 174,913 | 2,642,043 | 792,612.90 | $368,657.16 |
| 10 | 2,259,438 | 159,649 | 2,419,087 | 725,726.10 | $337,547.02 |
| 11 | 1,541,957 | 109,426 | 1,651,383 | 495,414.90 | $230,425.53 |
| 12 | 1,488,011 | 768,867 | 2,256,878 | 677,063.40 | $314,913.21 |
| 13 | 1,541,957 | 109,426 | 1,651,383 | 495,414.90 | $230,425.53 |
| 14 | 2,467,130 | 174,913 | 2,642,043 | 792,612.90 | $368,657.16 |
| 15 | 2,217,510 | 738,661 | 2,956,171 | 886,851.30 | $412,488.98 |
| 16 | 2,217,510 | 0 | 2,217,510 | 665,253.00 | $309,420.00 |
| **Total** | 35,691,253 | 4,544,538 | 40,235,791 | 12,070,737.30 | **$5,614,296.42** |

Adding up storage and demurrage charges for Shipments 1-16 , Category B of Bariven's damages must be increased from $1,032,214.46 to **$5,614,296.42**.[5]

### C. Bariven's Damages for Demurrage and Storage Fees for Rice Shipments 21, 23 and 24 (Category C)

In its Findings of Fact and Conclusions of Law, this Court allowed Bariven to recover a portion of storage and demurrage fees it incurred for Rice Shipments 21, 23 and 24. ECF No. 183, pp. 140-43. Specifically, it allowed Bariven to recover fees incurred during the months of January and February 2009, but stopped short of awarding Bariven damages for all seven months of storage and demurrage charges.[6] *Id.* The Eleventh Circuit reversed, holding that this Court misinterpreted the law governing Bariven's duty to mitigate given the uncontroverted trial testimony regarding the process for nationalizing rice. ECF No. 207. As a consequence of the

---

[5] In its Interest Calculation Order, this Court declined to award Bariven pre-judgment interest for charges that Bariven incurred for storage and demurrage fees on Milk Shipments 7 and 8. ECF No. 193, p. 5. Bariven did not appeal, and the Eleventh Circuit did not opine, on this specific determination. ECF No. 207. Accordingly, Bariven is not requesting pre-judgment interest on Category B damages.

[6] Bariven sought seven months of storage and demurrage fees (*i.e.*, from January until August 2009). This Court adopted Bariven's $1,956,685.00 amount and multiplied it by 2/7 to yield a $559,052.86 amount. ECF No. 183, pp. 140-43. On appeal, Exim challenged the reasonableness of this amount and whether *Bariven* (as opposed to a corporate affiliate) incurred it as a matter of law, but the Eleventh Circuit ruled in Bariven's favor. ECF No. 207. Exim did not appeal the Court's methodology for calculating storage and demurrage charges for rice shipments.

Eleventh Circuit's ruling, Category C of Bariven's damages must be increased from $559,052.86 to **$1,956,685.00**.[7]

### D. New Damage Amounts Based on Eleventh Circuit Decision

The Eleventh Circuit affirmed this Court's determination that Exim should receive damages for Milk Shipment 23, the amount of which has not changed since the Interest Calculation Order. Accordingly, the new damages amounts are summarized in the table below:

| Party | Category | Amount Due | Total |
|---|---|---|---|
| Bariven | (A) Value of Milk Shipments 1–16 | $45,361,800.00 | **$52,932,781.42** |
| | (B) Fees for Milk Shipments 1–16 | $5,614,296.42 | |
| | (C) Fees for Rice Shipments 21, 23 & 24 | $1,956,685.00 | |
| Exim | (D) Value of Milk Shipment 23 | $2,152,795.00[8] | **$2,152,795.00** |

## III. INTEREST CALCULATIONS

### A. Pre-Judgment Interest

#### 1. Legal Standard

Because this is a diversity case under 28 U.S.C. § 1332, this Court followed state law governing its award of pre-judgment interest, calculating the pre-judgment interest award separately on Bariven's damages and on Exim's damages up through the date of judgment (September 30, 2011) and then offsetting those cumulative amounts before entering final judgment. *See* Interest Calculation Order (ECF No. 193).

The interest rates themselves are set annually by Florida's Chief Financial Officer. *See* Fla. Stat. §§ 687.01, 55.03. The applicable interest rates for 2008-2013 are as follows:[9]

---

[7] In its Interest Calculation Order, this Court declined to award Bariven pre-judgment interest for charges that Bariven incurred for storage and demurrage fees on Rice Shipments 21, 23 and 24. ECF No. 193, p. 5. Bariven did not appeal, and the Eleventh Circuit did not opine, on this specific determination. ECF No. 207. Accordingly, Bariven is not requesting pre-judgment interest on Category C damages.

[8] This number reflects Exim's revised amount (ECF No. 187, pp. 9 n.5), which Bariven did not contest.

[9] Jeff Atwater, Chief Financial Officer, Florida Department of Financial Services, http://www.myfloridacfo.com/Division/AA/Vendors/default.htm (last visited June 18, 2013).

| Year | Annual Rate | Daily Rate |
|---|---|---|
| 2008 | 11% | .0003014 |
| 2009 | 8% | .0002192 |
| 2010 | 6% | .0001644 |
| 1/1/2011 to 9/30/11 | 6% | .0001644 |

### 2. *Pre-Judgment Interest on Bariven's Damages for Milk Shipments 1 to 16*

Based on the dates and rates set forth above, the pre-judgment interest (calculated through the date that this Court's judgment was originally entered) that Bariven should receive for Category A of Bariven's damages is **$10,223,026.30**, which is broken down by shipment in the table below:

| No. | Amount | Year | Days/Year | Daily Rate | Annual Totals | Total |
|---|---|---|---|---|---|---|
| 1 | $2,392,500 | 2008 | 183 | 0.0003014 | $131,961.21 | $574,322.97 |
|   |   | 2009 | 365 | 0.0002192 | $191,419.14 |   |
|   |   | 2010 | 365 | 0.0001644 | $143,564.36 |   |
|   |   | 2011 | 273 | 0.0001644 | $107,378.27 |   |
| 2 | $1,435,500 | 2008 | 132 | 0.0003014 | $57,111.08 | $322,528.14 |
|   |   | 2009 | 365 | 0.0002192 | $114,851.48 |   |
|   |   | 2010 | 365 | 0.0001644 | $86,138.61 |   |
|   |   | 2011 | 273 | 0.0001644 | $64,426.96 |   |
| 3 | $3,349,500 | 2008 | 168 | 0.0003014 | $169,602.60 | $788,909.07 |
|   |   | 2009 | 365 | 0.0002192 | $267,986.80 |   |
|   |   | 2010 | 365 | 0.0001644 | $200,990.10 |   |
|   |   | 2011 | 273 | 0.0001644 | $150,329.58 |   |
| 4 | $2,440,350 | 2008 | 161 | 0.0003014 | $118,418.96 | $569,627.96 |
|   |   | 2009 | 365 | 0.0002192 | $195,247.52 |   |
|   |   | 2010 | 365 | 0.0001644 | $146,435.64 |   |
|   |   | 2011 | 273 | 0.0001644 | $109,525.84 |   |
| 5 | $3,349,500 | 2008 | 161 | 0.0003014 | $162,535.83 | $781,842.30 |
|   |   | 2009 | 365 | 0.0002192 | $267,986.80 |   |
|   |   | 2010 | 365 | 0.0001644 | $200,990.10 |   |
|   |   | 2011 | 273 | 0.0001644 | $150,329.58 |   |
| 6 | $3,110,250 | 2008 | 146 | 0.0003014 | $136,864.69 | $711,934.98 |
|   |   | 2009 | 365 | 0.0002192 | $248,844.88 |   |
|   |   | 2010 | 365 | 0.0001644 | $186,633.66 |   |
|   |   | 2011 | 273 | 0.0001644 | $139,591.75 |   |

| 7 | $3,828,000 | 2008 | 132 | 0.0003014 | $152,296.21 | $860,075.04 |
|---|---|---|---|---|---|---|
|   |   | 2009 | 365 | 0.0002192 | $306,270.62 |   |
|   |   | 2010 | 365 | 0.0001644 | $229,702.97 |   |
|   |   | 2011 | 273 | 0.0001644 | $171,805.23 |   |
| 8 | $2,392,500 | 2008 | 132 | 0.0003014 | $95,185.13 | $537,546.90 |
|   |   | 2009 | 365 | 0.0002192 | $191,419.14 |   |
|   |   | 2010 | 365 | 0.0001644 | $143,564.36 |   |
|   |   | 2011 | 273 | 0.0001644 | $107,378.27 |   |
| 9 | $3,828,000 | 2008 | 125 | 0.0003014 | $144,219.90 | $851,998.73 |
|   |   | 2009 | 365 | 0.0002192 | $306,270.62 |   |
|   |   | 2010 | 365 | 0.0001644 | $229,702.97 |   |
|   |   | 2011 | 273 | 0.0001644 | $171,805.23 |   |
| 10 | $3,349,500 | 2008 | 125 | 0.0003014 | $126,192 | $745,499 |
|   |   | 2009 | 365 | 0.0002192 | $267,987 |   |
|   |   | 2010 | 365 | 0.0001644 | $200,990 |   |
|   |   | 2011 | 273 | 0.0001644 | $150,330 |   |
| 11 | $2,440,350 | 2008 | 117 | 0.0003014 | $86,056.01 | $537,265.02 |
|   |   | 2009 | 365 | 0.0002192 | $195,247.52 |   |
|   |   | 2010 | 365 | 0.0001644 | $146,435.64 |   |
|   |   | 2011 | 273 | 0.0001644 | $109,525.84 |   |
| 12 | $2,440,350 | 2008 | 117 | 0.0003014 | $86,056.01 | $537,265.02 |
|   |   | 2009 | 365 | 0.0002192 | $195,247.52 |   |
|   |   | 2010 | 365 | 0.0001644 | $146,435.64 |   |
|   |   | 2011 | 273 | 0.0001644 | $109,525.84 |   |
| 13 | $2,392,500 | 2008 | 117 | 0.0003014 | $84,368.64 | $526,730.41 |
|   |   | 2009 | 365 | 0.0002192 | $191,419.14 |   |
|   |   | 2010 | 365 | 0.0001644 | $143,564.36 |   |
|   |   | 2011 | 273 | 0.0001644 | $107,378.27 |   |
| 14 | $3,828,000 | 2008 | 117 | 0.0003014 | $134,989.83 | $842,768.65 |
|   |   | 2009 | 365 | 0.0002192 | $306,270.62 |   |
|   |   | 2010 | 365 | 0.0001644 | $229,702.97 |   |
|   |   | 2011 | 273 | 0.0001644 | $171,805.23 |   |
| 15 | $2,392,500 | 2008 | 104 | 0.0003014 | $74,994.35 | $517,356.11 |
|   |   | 2009 | 365 | 0.0002192 | $191,419.14 |   |
|   |   | 2010 | 365 | 0.0001644 | $143,564.36 |   |
|   |   | 2011 | 273 | 0.0001644 | $107,378.27 |   |
| 16 | $2,392,500 | 2008 | 104 | 0.0003014 | $74,994.35 | $517,356.11 |
|   |   | 2009 | 365 | 0.0002192 | $191,419.14 |   |
|   |   | 2010 | 365 | 0.0001644 | $143,564.36 |   |
|   |   | 2011 | 273 | 0.0001644 | $107,378.27 |   |
|   |   |   |   |   | **Total** | **$10,223,026.30** |

### 3. *Pre-judgment Interest on Exim's Milk Shipment 23*

Likewise, pre-judgment interest that Exim should receive for Milk Shipment 23 from March 9, 2009 until September 30, 2011 is as follows:

| Year | Calculation | Total |
|---|---|---|
| 2009 | $2,152,795.00 x .0002192 (daily) x 297 (days/year) | $140,152.12 |
| 2010 | $2,152,795.00 x .0001644 (daily) x 365 (days/year) | $129,180.62 |
| 2011 | $2,152,795.00 x .0001644 (daily) x 273 (days/year) | $96,620.02 |
| | Total | $365,952.76[10] |

### 4. *Total Damages Calculation*

The total damage calculation, including pre-judgment interest, is as follows:

| Bariven's Total Damages | | | |
|---|---|---|---|
| Category | Damages Amount | Pre-Judgment Interest (through 9/30/11) | Total |
| (A) Value of Milk Shipments 1–16 | $45,361,800 | $10,223,026.30 | $55,584,826.30 |
| (B) Fees for Milk Shipments 1–16 | $5,614,296.42 | $0.00 | $5,614,296.42 |
| (C) Fees for Rice Shipments 21, 23 & 24 | $1,956,685.00 | $0.00 | $1,956,685.00 |
| | | Total | $63,155,807.72 |

| Exim's Total Damages | | | |
|---|---|---|---|
| Category | Damages Amount | Pre-Judgment Interest (through 9-30-11) | Total |
| (D) Value of Milk Shipment 23 | $2,152,795.00 | $365,952.76 | $2,518,747.76 |
| | | Total | $2,518,747.76 |

| Total Due Bariven | $63,155,807.72 - $2,518,747.76 | $60,637,059.96 |
|---|---|---|

---

[10] Since Exim's damages for Shipment 23 remain unchanged, this is the same amount this Court awarded in its Interest Calculation Order. ECF No. 193, p. 8.

- 9 -

**B.     Post-Judgment Interest**

As noted in the Interest Calculation Order, post-judgment interest should accrue on the net amount due to Bariven pursuant to 28 U.S.C. § 1961, from September 30, 2011 through the date judgment in entered.

**IV.    CONCLUSION**

For all of the above reasons, Bariven requests that this Court adopt the methodology described above and enter judgment in Bariven's favor in the amount of **$60,637,059.96**, plus the net amount due to Bariven pursuant to 28 U.S.C. § 1961, from September 30, 2011 through the date judgment in entered.

Respectfully submitted,

BARIVEN, S.A.
By its attorneys,

 /s/ Brian Silverio
Brian Silverio, *Florida Bar No. 0183301*
SILVERIO & HALL, P.A.
150 West Flagler St., PH 2850
Miami, FL 33130
Telephone:  (305) 371-2756
Facsimile:  (305) 371-2744

Anthony Mirenda, *pro hac vice*
K. Neil Austin, *pro hac vice*
Thomas Ayres, *pro hac vice*
FOLEY HOAG LLP
155 Seaport Blvd., Boston, MA 02210
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000

Dated:  June 18, 2013

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2013, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


   /s/ Brian Silverio
Brian Silverio