UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-20915-CIV-O'SULLIVAN
[CONSENT]

EXIM BRICKELL LLC,
    Plaintiff,

v.

PDVSA SERVICES, INC., et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court Bariven's Motion for Entry of Final Judgment (DE# 210, 6/18/13). Having reviewed the applicable filings and the law and having held a hearing on July 18, 2013, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to Bariven's Motion for Entry of Final Judgment (DE# 210, 6/18/13) on or before **Friday, August 2, 2013**. If the plaintiff fails to file a timely response, the Court will grant the motion by default pursuant to Local Rule 7.1(c) and on the merits on August 5, 2013. It is further

ORDERED AND ADJUDGED that the plaintiff shall respond to the defendant's outstanding discovery requests on or before **Friday, August 2, 2013**.

DONE AND ORDERED in Chambers at Miami, Florida this **18th** day of July, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record