# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR    TIME: 3:30 PM**

## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 09-20915-CIV-O'SULLIVAN    Date: July 18, 2013    END: 3:45

Clerk: Cherle R. Griffin    DAR No. 15:26:59
B.U. 15:26:32
Court Reporter: N/A

Title of Case: EXIM BRICKELL LLC V. PDVSA SERVICES INC, ET AL

P. Attorney(s): GEORGE VOLSKY, LUIS O'NAGHTEN

D. Attorney(s): BRIAN SILVERIO, ANTHONY MIRENDA

Reason for hearing: STATUS CONFERENCE

Result of hearing: STATUS CONFERENCE HELD. Order to follow.