UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-20915-CIV-O'SULLIVAN

[CONSENT]

EXIM BRICKELL LLC,

    Plaintiff,

v.

BARIVEN, S.A.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Akerman Senterfitt's Renewed Motion to Withdraw as Counsel for Plaintiff (DE# 225, 8/12/13). Having reviewed the applicable filings and the law and having held a hearing on August 27, 2013, it is

ORDERED AND ADJUDGED that Akerman Senterfitt's Renewed Motion to Withdraw as Counsel for Plaintiff (DE# 225, 8/12/13) is **GRANTED**. It is further

ORDERED AND ADJUDGED that the plaintiff shall accept service via U.S. Mail at 2801 SW 148 Avenue, Davie, FL 33331. If that address changes, the plaintiff shall immediately file a notice with the Court. It is further

ORDERED AND ADJUDGED that pursuant to 11 U.S.C. § 362(a), this action is STAYED. On August 5, 2013, the plaintiff filed a Suggestion of Bankruptcy (DE# 223, 8/5/13). Bariven's Motion for Entry of Final Judgment is **DENIED without prejudice to renew** upon the lifting of the bankruptcy stay. The Clerk of the Court is directed to mark this case ADMINISTRATIVELY CLOSED.  It is further

ORDERED AND ADJUDGED that if this case is transferred back to the district

court and the bankruptcy stay is lifted, the plaintiff shall have fourteen (14) days to notify the Court of new counsel. The failure to obtain counsel within the time provided by this Order will subject the plaintiff to default or sanctions because the plaintiff is a corporation and cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through its agents, cannot appear pro se, and must be represented by counsel.").

DONE AND ORDERED in Chambers at Miami, Florida this **27th** day of August, 2013.

/s/ John J. O'Sullivan
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

Copies mailed by Chambers to:
Alex Arreaza
Law Office of Alex Arreaza, P.A.
320 West Oakland Park Blvd.
Ft. Lauderdale, FL 33311

Rogelio Salges
Exim Brickell, LLC
2801 SW 148 Avenue
Davie, FL 33331